**Opinion filed May 9, 2024**



## In The

# Eleventh Court of Appeals

_____

## No. 11-24-00085-CR & 11-24-00086-CR

_____

## CHARLES LEE TIMMS, Appellant
## V.
## THE STATE OF TEXAS, Appellee

**On Appeal from the 104th District Court**
**Taylor County, Texas**
**Trial Court Cause Nos. 22326-B & 22364-B**

### M E M O R A N D U M   O P I N I O N

Appellant has filed in each cause a motion to dismiss the appeal. In the motions, Appellant states that he no longer desires to pursue his direct appeals. *See* TEX. R. APP. P. 42.2(a). The motions are signed by both Appellant and Appellant's counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See id*. We grant Appellant's motions and dismiss the appeals.

JOHN M. BAILEY

May 9, 2024                                                    CHIEF JUSTICE

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.